ERIC PARKER, Appellant, v MOBIL OIL CORPORATION et al., Respondents, and ISLAND TRANSPORTATION CORPORATION et al., Defendants and Third-Party Plaintiffs-Respondents. EXXON MOBIL CORPORATION et al., Third-Party Defendants-Respondents.

Submitted July 3, 2006; decided August 29, 2006

Motion by Association of American Railroads for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.